

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-56,737-07, -08, AND -09

### IN RE ROLAND RAMOS, Relator

### ON APPLICATIONS FOR A WRIT OF MANDAMUS
### CAUSE NOS. 98CR0765-3, 98CR0766-3, AND 98CR0767-3 IN THE 122nd DISTRICT COURT
### FROM GALVESTON COUNTY

*Per curiam.*

### O R D E R

Relator has filed three motions for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In these motions, Relator contends that he filed applications for a writ of habeas corpus in the 122nd District Court of Galveston County, the District Court entered a timely order designating issues on June 6, 2018, more than 180 days have passed since the date the State received the applications, and the applications have not been timely forwarded to this Court as mandated by Texas Rule of Appellate Procedure 73.4(b)(5).

Respondent, the District Clerk of Galveston County, is ordered to file a response, which may be made by submitting the record on such habeas corpus applications, submitting proof of the dates

of receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed applications for a writ of habeas corpus in Galveston County. These applications for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: January 30, 2019
Do not publish